1264

No. 96–1425. TERRY ET AL. v. RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1433. BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. v. LASHAWN A., BY HER NEXT FRIEND, MOORE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1499. C. O. N. T. R. O. L. ET AL. v. NEILSEN ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 96–1515. CHRISTENSEN ET AL. v. GRIFFES, VERMONT COMMISSIONER OF MOTOR VEHICLES. Sup. Ct. Vt. Certiorari denied.

No. 96–1563. SC TESTING TECHNOLOGY, INC., ET AL. v. MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–1568. TEE ET AL. v. UAL CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1572. HEALTHSOUTH REHABILITATION HOSPITAL v. AMERICAN NATIONAL RED CROSS, DBA AMERICAN RED CROSS SOUTH CAROLINA BLOOD SERVICES REGION. C. A. 4th Cir. Certiorari denied.

No. 96–1585. EDMUNDSON, ADMINISTRATOR OF THE ESTATE OF TURNAGE, DECEASED, ET AL. v. KEESLER ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1586. KRUGER ET UX. v. SONIC RESTAURANTS, INC. C. A. 10th Cir. Certiorari denied.

No. 96–1588. CLARK v. BURNS ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1589. COLFORD v. CHUBB LIFE INSURANCE COMPANY OF AMERICA. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–1592. OLKEY ET AL. v. HYPERION 1999 TERM TRUST, INC., ET AL. C. A. 2d Cir. Certiorari denied.